

**In the**
**Court of Appeals**
**Second Appellate District of Texas**
**at Fort Worth**

_____

No. 02-24-00097-CR
_____

EX PARTE CHRISTIAN J. SCHROEDER

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1796798

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Applicant Christian J. Schroeder filed a premature notice of appeal. The trial court thereafter signed a document entitled "Findings and Order," in which it denied Schroeder's application for writ of habeas corpus and remanded him to the custody of the sheriff to await extradition to Clayton County, Georgia, based on the governor's warrant of extradition issued on December 11, 2023. We treated Schroeder's notice of appeal as an appeal of this order.

The State has now filed a verified motion to dismiss the appeal as moot. The motion states that Schroeder was surrendered into the custody of agents for Clayton County, Georgia, and the book-in document attached to the motion shows that Schroeder was released to Clayton County on March 26, 2024.[1]

Schroeder's extradition to Georgia renders this appeal moot. *See Ex parte Stowell*, 940 S.W.2d 241, 242 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *see also Henderson v. State*, No. 03-16-00578-CR, 2016 WL 5349377, at *2 n.3 (Tex. App.—Austin Sept. 21, 2016, no pet.) (mem. op., not designated for publication) (collecting cases dismissing appeals as moot because appellants had been extradited to another jurisdiction).

---

[1] Preceding the book-in document is a business-records affidavit from the custodian of records for the Tarrant County Sheriff's Office.

Accordingly, we grant the State's motion and dismiss the appeal as moot.

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  April 11, 2024